IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BERKLEY INSURANCE COMPANY**<br>475 Steamboat Road<br>Greenwich, CT 06830<br><br>    Plaintiff<br><br>  v.<br><br>**SIMON-AIRE, INC.**<br>746 East 9th Street<br>New York, NY 10009<br><br>    Defendant | CIVIL ACTION<br><br>NO.  1:24-cv-04170<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

**AND NOW**, this  12th  day of      August     , 2024, upon consideration of the Stipulation to Amend Complaint (the "Stipulation") submitted by Plaintiff, Berkley Insurance Company, and Defendant, Simon-Aire, Inc., it is **ORDERED** that the Amended Complaint attached as Exhibit "A" to the Stipulation is deemed filed as of the date of this Order. Plaintiff shall separately file the Amended Complaint on the docket.

_____
John P. Cronan
United States District Judge