```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                            :
BERKLEY INSURANCE COMPANY,                                  :
                                                            :
                           Plaintiff,                       :
                                                            :         24 Civ. 4170 (JPC)
              -v-                                           :
                                                            :         ORDER
SIMON-AIRE, INC.,                                           :
                                                            :
                           Defendant.                       :
                                                            :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The docket reflects that Defendant Simon-Aire, Inc. ("Simon-Aire") served the Third Party Complaint on Gallery Apartments Condominium ("Gallery") on December 10, 2024, making Gallery's answer due on January 2, 2025. Dkt. 34. To date, Gallery has neither responded to the Third Party Complaint nor appeared in this action.

Accordingly, the Court *sua sponte* extends Gallery's deadline to respond to the Third Party Complaint to March 11, 2025. Simon-Aire is ordered to serve Gallery via U.S. mail with a copy of this Order within one week of the date of this Order. Within two business days of service, Simon-Aire must file proof of such service on the docket.

SO ORDERED.

Dated: February 18, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge